\*\*This Document is deemed filed on  11/4/2022  pursuant to the Administrative Procedures Manual for Filing Papers After Hours.\*\* *(fax attached as exhibit)*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

FILED
2022 NOV -7 A 11:43

| | |
|---|---|
| IN RE:<br><br>**STEELE PROTECTIVE SERVICES, LLC**<br>Debtor<br><br><br>**EDWARD BISSAU MENDY**<br>Petitioning Creditor | **INVOLUNTARY PETITION**<br><br>**CHAPTER "7"**<br><br>**CASE NO.: 2022-10810**<br><br>**JUDGE: MEREDITH S. GRABILL** |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE THAT** Edward Bissau Mendy (hereinafter also referred to as "Mendy" or "Petitioner"), appearing *Pro Se* and representing himself as Proper Person Petitioner herein, pursuant to Rule 8003(a)(1) of the Federal Rules of Bankruptcy Procedure, hereby appeals to the United States District Court for the Eastern District of Louisiana from the (a) the Order Granting Debtor's Motion to Dismiss and states as follows:

1. Steele Protective Services, LLC (hereinafter also referred to as "Debtor" or simply as "Steele") is the Debtor in the above captioned matter.

2. On or about July 20, 2022, a Chapter 7 Involuntary Petition Against a Non-Individual, Re: Alleged Debtor(s): Steele Protective Services, LLC was filed by Mendy as Petitioning Creditor. Doc.Rec.No. 1.

3. On or about August 11, 2022, a Motion to Dismiss Case was filed by Ernest L. Jones of Elie, Jones & Associates on behalf of Debtor Steele Protective Services, LLC. Doc.Rec.No. 6.

4. At a hearing of the Motion to Dismiss, on October 21, 2022, the court issued an order granting the Motion to Dismiss. The Order Granting Motion to Dismiss Case also FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Doc.Rec. No. 14.

5. **IT WAS FURTHER ORDERED** that all pending motions or other matters on the calendar for this case are cancelled as MOOT, with the exception of applications for compensation and pending hearings on Trustee final account.

6. The order granting the Motion to Dismiss Case filed by Debtor Steele Protective Services, LLC effectively terminated the case and only left it open a hearing on an award of attorney fees.

7. The Order terminating case, Doc.Rec. No. 14, attached hereto and made part hereof as **Exhibit A**, is a final judgment ripe for appellate review pursuant to 28 USC § 158(a)(1).

8. A copy of this order granting the Motion to Dismiss and terminating the case was provided to Mendy be Debtor's counsel Ernest Jones on or about October 26, 2022 via email only.

9. Thus, this Notice of Appeal is timely.

10. A completed Official Form 417A is attached hereto as **Exhibit B**.

## NOTICE

11. No trustee, examiner or creditors committee has been appointed in this case. Notice of this pleading has been given to (i) the Office of the United States Trustee for the Eastern District of Louisiana; (ii) counsel for the Debtor; (iii) counsel to any Official Unsecured

Creditors' Committee appointed in this case, or the twenty (20) largest unsecured creditors of the Debtors, if any Official Unsecured Creditors' Committee has not been appointed; (iv) all counsel of record; (v) the Debtor, (vi) all parties entitled to notice via the court's Electronic Notice System, and (vii) all government agencies to the extent required by the Bankruptcy Rules and the Local Rules, including any parties specifically effected by the relief sought herein. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

## NO PRIOR REQUEST

No prior notice of appeal was made in this matter and no prior request for the relief sought in this status report has been made to this or any other court.

WHEREFORE, the Petitioning Creditor Edward Bissau Mendy respectfully requests that this Court enter an order, substantially in the form of the Order submitted concurrently herewith, granting the relief requested herein and such other and further relief as this Court deems just and proper.

DATED: November 4, 2022

Respectfully Submitted,

EDWARD BISSAU MENDY

*Edward Mendy*

EDWARD BISSAU MENDY, *Pro Se*
3718 Gentilly Boulevard
New Orleans, LA 70122
973-650-9721
ebmendy@me.com

# UNITED STATES BANKRUPCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>**STEELE PROTECTIVE SERVICES, LLC**<br>Debtor<br><br><br>**EDWARD BISSAU MENDY**<br>Petitioning Creditor | INVOLUNTARY PETITION<br><br>CHAPTER "7"<br><br>CASE NO.: 2022-10810<br><br>JUDGE: MEREDITH S. GRABILL |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **4th** day of **November, 2022**, I caused to be sent via the court's electronic delivery system and/or I emailed and mailed a true and correct copy of the foregoing pleading via electronic mail and/or first class U.S. mail, postage prepaid, to the United States Trustee's Office and all counsel of record, including the following:

> ERNEST JONES
> 2317 Canal Street
> New Orleans, LA 70119
> ejlaw@bellsouth.net

_____
EDWARD BISSAU MENDY

4


EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 22-10810 |
| STEELE PROTECTIVE SERVICES, LLC, | § § § | CHAPTER 7 |
| PUTATIVE DEBTOR. | § § | SECTION A |

**ORDER**

Before the Court is the *Involuntary Petition Against a Non-Individual*, [ECF Doc. 1], filed by Edward Mendy, the *Motion To Dismiss Involuntary Bankruptcy Petition with Incorporated Memorandum* (the "Motion To Dismiss"), [ECF Doc. 6], filed by the Putative Debtor, and the *Memorandum in Opposition to the Motion To Dismiss*, [ECF Doc. 10], filed by Edward Mendy.

For the reasons stated on the record,

**IT IS ORDERED** that the Motion To Dismiss is **GRANTED**; however, the case will remain open pending the Court's ruling on sanctions.

**IT IS FURTHER ORDERED** that the Putative Debtor shall file into the record, and properly serve, verified invoices that reflect the time and costs associated with defending the involuntary petition. Such invoices must be filed and properly served no later than **Wednesday, October 26, 2022.**

**IT IS FURTHER ORDERED** that any objection to the reasonableness of the costs and attorney's fees must be filed into the record and properly served no later than **Wednesday, November 9, 2022.**

**IT IS FURTHER ORDERED** that Edward Mindy shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, October 21, 2022.

                                                          _____
                                                          MEREDITH S. GRABILL
                                                          UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

Official Form 416A (12/15)

# Form 416A. CAPTION (FULL)

# United States Bankruptcy Court

__EASTERN__ District Of __LOUISIANA__

In re __STEELE PROTECTIVE SERVICES, LLC__,
[Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.]

Debtor

Address __10001 LAKE FOREST BLVD, #316__
__NEW ORLEANS LA 70127__

Case No. __22-10810__

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): _____

Chapter __7__

Employer's Tax Identification No(s). (if any): _____
__86-2683237__

[Designation of Character of Paper]

__NOTICE OF APPEAL AND STATEMENT OF ELECTION__

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): **EDWARD MENDY**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ☐ Plaintiff
   - ☐ Defendant
   - ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☐ Debtor
   - ☒ Creditor
   - ☐ Trustee
   - ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: **ORDER DISMISSING MATTER**

2. State the date on which the judgment, order, or decree was entered: **10/21/22**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **EDWARD MENDY** Attorney: **EDWARD BISSAU MENDY, PRO SE**
   **3718 GENTILLY BLVD**
   **NEW ORLEANS, LA 70122**
   **EBMENDY@ME.COM**

2. Party: **STEELE PROTECTIVE SERVICES, LLC** Attorney: **ERNEST JONES**
   **2317 CANAL STREET**
   **NEW ORLEANS, LA 70119**
   **EJLAW@BELLSOUTH.NET**

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

Edward Mendy
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: November 4, 2022

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
EDWARD BISSAU MENDY
3718 GENTILLY BLVD
NEW ORLEANS LA 70122
(504) 339-4782

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>**STEELE PROTECTIVE SERVICES, LLC**<br>Debtor<br><br><br>**EDWARD BISSAU MENDY**<br>Petitioning Creditor | INVOLUNTARY PETITION<br><br>CHAPTER "7"<br><br>CASE NO.: 2022-10810<br><br>JUDGE: MEREDITH S. GRABILL |

## PROPOSED ORDER

Considering the Notice of Appeal filed by Petitioning Creditor Edward Bissau Mendy,

IT IS ORDERED, ADJUDGED AND DECREED that Edward Bissau Mendy be and hereby is granted an appeal returnable to the United States District Court for the Easter District of Louisiana.

New Orleans, Louisiana this _____ day of November, 2022.

                                                                                            _____
                                                                                            UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | INVOLUNTARY PETITION |
| STEELE PROTECTIVE SERVICES, LLC<br>Debtor | CHAPTER "7" |
| | CASE NO.: 2022-10810 |
| EDWARD BISSAU MENDY<br>Petitioning Creditor | JUDGE: MEREDITH S. GRABILL |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **4th** day of **November, 2022**, I caused to be sent via the court's electronic delivery system and/or I emailed and mailed a true and correct copy of the foregoing pleading via electronic mail and/or first class U.S. mail, postage prepaid, to the United States Trustee's Office and all counsel of record, including the following:

ERNEST JONES
2317 Canal Street
New Orleans, LA 70119
ejlaw@bellsouth.net

_____
EDWARD BISSAU MENDY

2